IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **STEPHANIE METZGER,** : | : | **PRISONER CIVIL RIGHTS** |
| Plaintiff, | : | **42 U.S.C. § 1983** |
| | : | |
| v. | : | |
| | : | |
| **UNNAMED,**[1] | : | **CIVIL ACTION NO.** |
| Defendant. | : | **1:14-CV-00040-CC-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

Plaintiff, Stephanie Metzger, confined in the Conecuh County Jail in Evergreen, Alabama, has submitted a letter, which the Clerk has docketed as a civil rights complaint pursuant to 42 U.S.C. § 1983. [Doc. 1.] Plaintiff has not paid a filing fee or sought leave to proceed *in forma pauperis*.

Plaintiff begins her letter as follows: "I am writing to see if I could get your help on an appeal on my criminal case file." [*Id.* at 1.] Plaintiff discusses her criminal history in Alabama and Florida during the last ten years and then asks for answers to several legal questions. [*Id.* at 1-6.] However, the Court does not provide legal advice and assistance to litigants. Plaintiff does not appear to have any connection with

---

[1] The Clerk is **DIRECTED** to correct the docket sheet to reflect that Defendant is unnamed.

AO 72A
(Rev.8/82)

Georgia.

A court may dismiss or, in the interest of justice, transfer an action filed in the wrong district to the proper district. 28 U.S.C. § 1406(a). Plaintiff's letter does not show an intent to sue any party. Plaintiff complains about an Alabama state court judge, but the United States District Court for the Middle District of Alabama recently dismissed Plaintiff's case against that judge as frivolous and for failure to state a claim upon which relief may be granted. *See* Order, *Metzger v. McGuire*, No. 2:13-cv-567-WHA-SRW (M.D. Ala. Jan. 30, 2014). Plaintiff also complains about Alabama jail officials, but if Plaintiff actually wishes to sue them, she may do so in an Alabama court. The District Court should dismiss this case without prejudice because a transfer would not be in the interest of justice.

For the reasons stated above, **IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this __3rd__ day of February, 2014.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE