IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE METZGER, | : | PRISONER CIVIL RIGHTS |
|   Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| UNNAMED, | : | CIVIL ACTION NO. |
|   Defendant. | : | 1:14-CV-40-CC |

## O R D E R

The matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") and Plaintiff's objections thereto. (Docs. 2, 4.) The Magistrate Judge recommends that this action be dismissed without prejudice. (Doc. 2 at 2.)

The district court must "make a de novo determination of those portions of the [R&R] to which objection is made" and "may accept, reject, or modify [the R&R], in whole or in part . . . ." 28 U.S.C. § 636(b)(1)(C). Portions of the R&R to which no objection is made are reviewed only for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

In her objections, Plaintiff complains about an Alabama state court judge. (Doc. 4.) As the Magistrate Judge explained, an Alabama federal court recently dismissed Plaintiff's case against the Alabama judge, and Plaintiff has no connection with

AO 72A

Georgia. (Doc. 2 at 1-2.) The Magistrate Judge correctly determined that it would not be in the interest of justice to transfer the present case. (*Id.* at 2.) Plaintiff may direct her concerns about the Alabama judge to the appropriate authorities in Alabama.

For the reasons stated above, the Court **OVERRULES** Plaintiff's objections (Doc. 4) and **ADOPTS** the Magistrate Judge's R&R (Doc. 2) as the Order and Opinion of this Court. This action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this  4th  day of   March  , 2014.


          CLARENCE COOPER
          CLARENCE COOPER
          SENIOR UNITED STATES DISTRICT JUDGE